George HENSON, Jr., Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of Virginia Department of Corrections, Respondent–Appellee.

No. 01–8106.

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 2, 2002.

George Henson, Jr., Appellant Pro Se. Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

George Henson, Jr., appeals the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001).* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the

---

* This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties. 28 U.S.C. § 636(c) (1994).

reasoning of the magistrate judge. *See Henson v. Angelone,* No. CA–01–59–3 (E.D.Va. Nov. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*